JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 484 -- IN RE AIR CRASH NEAR BENSON, ARIZONA, ON APRIL 8, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/09/28 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC., AFFIDAVIT OF ROBERT M. CHURELLA -- Defts. United Technologies Corp. and Sikorsky Aircraft Div. of United Technologies Corp. SUGGESTED TRANSFEREE DISTRICT: C. D. Calif. SUGGESTED TRANSFEREE JUDGE: Judge Francis Whelan. (eaf) |
| 81/10/08 | | APPEARANCES -- Martin E. Jacobs, Esq. for Sharyn Myles, etc., et al.; Jacques E. Soiret, Esq. for United Technologies Corporation and Sikorsky Aircraft (ds) |
| 81/10/09 | | APPEARANCE: Patrick L. Johnston for Wyman-Gordon Co. (emh) |
| 81/10/13 | 2 | RESPONSE, BRIEF, AFFIDAVIT, EXHIBIT A -- Plaintiff Sharyn Myles, et al. -- w/cert. of service (cds) |
| 81/10/14 | | APPEARANCE -- Burt Berry for Sebastian Torres Flores, Jr., et al. (emh) |
| 81/10/19 | 3 | REPLY/BRIEF -- Sikorsky Aircraft Co. -- w/Exhibit A and cert. of svc. (emh) |
| 81/11/06 | | HEARING ORDER -- Setting Motion of defendants United Technologies Corp. and Sikorsky Aircraft Division of United Technologies Corp. for transfer of actions to C.D. of California -- West Palm Beach, Florida on December 8, 1981 (cds) |
| 81/12/02 | | WAIVERS OF ORAL ARGUMENT for hearing held on 12/8/81 in West Palm Beach, Florida -- Jacques E. Soiret, Esq. for Sikorsky Aircraft Division and United Technologies Corp.; Martin E. Jacobs, Esq. for Sharyn Myles, etc., et al. (eaf) |
| 82/01/06 | | CONSENT OF TRANSFEREE COURT to assign litigation to the Honorable Francis C. Whelan for coordinated or consolidated pretrial proceedidngs pursuant to 28 U.S.C. §1407. (eaf) **(transferee district -- C.D. Cal.)** (eaf) |
| 82/01/06 | | TRANSFER ORDER -- transferring A-2 and A-3 to be consolidated with A-1 in the C. D. Calif. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 under Judge Francis C. Whelan. Notified involved counsel, clerks, judges and recipients. (eaf) |
| 82/03/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-4 Helene A. Wagner, et al. v. Sikorsky Aircraft, Div. of United Technologies Corp., et al., N.D. Cal., C-82-0604WWs -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/03/18 | 4 | NOTICE OF OPPOSITION TO CTO -- B-4 Helene A. Wagner, et al. v. Sikorsky Aircraft, Div. of United Technologies Corp., et al., N.D. Calif., C.A. No. C-82-0604 WWS. Notified involved counsel and judges. (ds) |
| 82/03/29 | 5 | MOTION/BRIEF TO VACATE CTO -- B-4 Wagner, et al. v. Sikorsky Aircraft, Div. of United Technologies Corp., et al., N.D. Calif., C.A. No. C-82-0604 -- Pltfs. Wagner, et al. w/cert. of svc. (ds) |
| 82/03/30 | 6 | SUPPLEMENTAL BRIEF -- B-4 Wagner, et al. v. Sikorsky, et al N.D. Calif., C-82-0604 -- Plaintiff Helene A. Wagner, et al. -- w/cert. of service and Exhibit A (cds) |
| 82/04/1 | | HEARING ORDER -- Setting opposition to transfer of B-4 Helene A. Wagner, et al. v. Sikorsky, et al., N.D.Calif., C82-604-WWS for Panel hearing in San Francisco, Calif. on April 29, 1982 (cds) |
| 82/04/09 | 7 | BRIEF, CERT. OF SVC. -- United Technologies Corp. (eaf) (ko; B-4) |
| 82/04/12 | 8 | LETTER -- pltf. Wagner - Status of B-4 (ds) |
| 82/04/16 | 9 | POSITION OF PLAINTIFFS MYLES, ET AL. (A-1) re: B-4 Wagner - filed by pltfs. Myles, et al. w/svc. (ds) |
| 82/04/19 | 10 | LETTER -- (re: status of B-4) -- defts. Sikorsky Aircraft Division of United Technologies Corp. United Technologies Corp. w/svc. (ds) |
| 82/04/23 | | Copy of §1404(a) transfer order filed in N.D.Calif. on 4/16/82 and signed by Judge Schwarzer (re: B-4) (cds) |
| 82/04/23 | | ORDER VACATING CONDITIONAL TRANSFER ORDER AND HEARING -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 484 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH NEAR BENSON, ARIZONA, ON APRIL 8, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 12/8/81 | 1/6/82 | TO | Unpublished | C. D. Calif. | Francis C. Whelan | |

Special Transferee Information

DATE CLOSED: 10/26/83

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __484__ -- IN RE AIR CRASH NEAR BENSON, ARIZONA, ON APRIL 8, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sharyn Myles, etc., et al. v. Sikorsky Aircraft Division of United Technologies Corp., et al. | C.D.Cal. Whelan | 80-01357-FW | | | 2/2/83 D | |
| A-2 | Sebastian Torres Flores, Jr., et al. v. Sikorsky Aircraft Div. of United Technology Corp., et al. | D.Ariz. Bilby | 81-108-RMB | 1/5/82 | 82-0293 FW | 9/18/82 D | |
| A-3 | Sebastian Torres Flores, Jr., et al. v. Sikorsky Aircraft Division of United Technologies Corp. | W.D.Tex. Bunton | EP-81-CA-96 | 1/5/82 | 82-291 | 9/18/82 D | |
| B-4 | Helene A. Wagner, et al. v. Sikorsky Aircraft, Div. of United Technologies Corp., et al. | N.D.Cal. ~~Henderson~~ Schwarzer | C-82-0604 ~~TEH~~ WWS | | 82-2386 FW | 10/26/83 D | 1404a 4/16/82 CTO vacated |

Opposed 3/19/82

July 1984 - Closed

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 484 -- In re Air Crash Near Benson, Arizona, on April 8, 1979

---

SHARYN MYLES, ETC., ET AL. (A-1)
Martin E. Jacobs, Esquire
2029 Century Park East
Suite 320
Los Angeles, California 90067

SEBASTIAN TORRES FLORES, JR., ET AL.
                              (A-2) (A-3)
Burt Berry, Esquire
2510 Mercantile Bank Building
Dallas, Texas 75201

SIKORSKY AIRCRAFT DIVISION
  OF UNITED TECHNOLOGIES CORP.
UNITED TECHNOLOGIES CORP.
Jacques E. Soiret, Esquire
Kirtland & Packard
626 Wilshire Boulevard
Los Angeles, Calif. 90017

WYMAN-GORDON COMPANY
Patrick L. Johnston, Esquire
Tucker & Johnston
316 West Second Street
Suite 900
Los Angeles, California 90012

HELENE A. WAGNER, ET AL. (B-4)
Michael J. Kutsko, Esq.
Ronald J. Mullin, Esq.
Patrick T. Hall, Esq.           Opposed
Kutsko, Moran & Mullin          3/18/82
1701 Franklin Street
San Francisco, California 94109

---

GENERAL ELECTRIC COMPANY
(Unable to determine counsel for
  deft.)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| NOTICE OF OPPOSITION<br><br>HELENE A. WAGNER, ET AL. (B-4)<br>Patrick T. Hall, Esquire<br>Kutsko, Moran & Mullin<br>1701 Franklin Street<br>San Francisco, California 94109 | |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __484__ -- __IN RE AIR CRASH NEAR BENSON, ARIZONA, ON APRIL 8, 1979__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sikorsky Aircraft Div. of United Technologies Corp. | A-1, A-2, A-3, A-4 |
| United Technologies Corp. | A-1, A-4 |
| Sikorsky Aircraft Div. of United Aircraft Corp. | A-1 |
| United Aircraft Corp. *prior name of United Technologies* | A-1 |
| Wyman Gordon Co. | A-1, A-2, A-4 |
| *General Electric Co.* | B-4 |