DOCKET NO. 484

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH NEAR BENSON, ARIZONA, ON APRIL 8, 1979

TRANSFER ORDER

    This litigation consists of three actions pending in three federal districts: one each in the Central District of California, the District of Arizona, and the Western District of Texas. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the Arizona and Texas actions to the Central District of California for coordinated or consolidated pretrial proceedings with the action pending there. The motion is brought by United Technologies Corporation, a defendant in the California action, and Sikorsky Aircraft Division of United Technologies Corporation, a defendant in all actions.

    On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share numerous factual questions concerning the cause or causes of a helicopter crash near Benson, Arizona. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

    The Central District of California is the most preferable transferee district. The California action is the most advanced of the three actions, and much of the discovery in these actions involves Navy personnel stationed in California, where the helicopter was based.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferred to the

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

Central District of California and, with the consent of that court, assigned to the Honorable Francis C. Whelan for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

DOCKET NO. 484
Schedule A

<u>Central District of California</u>
Sharyn Myles, et al. v. Sikorsky Aircraft Division
of United Technologies Corp., et al., C. A. No. 80-0135-FW
<u>District of Arizona</u>
Sebastian Torres Flores, Jr., et al. v. Sikorsky Aircraft
Division of United Technology Corp., et al., C. A. No.
81-108-RMB
<u>Western District of Texas</u>
Sebastian Torres Flores, Jr., et al. v. Sikorsky Aircraft
Division of United Technologies Corp., C. A. No.
EP-81-CA-96